# NAVY TRIAL CALENDAR FOR FEBRUARY 08, 2006    ORIGINAL

UNITED STATES MAGISTRATE KEVIN S. C. CHANG

Page 2

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fine | SA Total |

T-4) MCPHEETERS, KELLY R.   CR 05-00107

N301251 H20   02/01/2005   DUI

Atty: ALEXANDER SILVERT, AFPD

CONT FROM 3/23/05 A & P; CONT AS TRIAL MATTER FROM 4/27/05 A & P; 14 HRS AAEA, 90 DAYS LIC SUSP, 90 DAYS ABSOLUTE FROM 2/1/05; FINE: $150.00, SA: $5.00; CONT FROM 11/23/05 POC — DFT FAILED TO APPEAR TO EXPLAIN WHY FINES & 14 HRS AAEA HAVE NOT BEEN COMPLETED; FPD'S REQUESTED CONTINUANCE

*Dft Present* — Cont'd to 8/8/06 for 14 hours AAE + payment processing ($155 check dated 02/01/06)

NKh-PU

T-5) WILLIAMS, RYAN R.   CR 05-00230

N301271 H20   04/14/2005   DUI   PROOF OF COMPLIANCE

Atty: LORETTA FAYMONVILLE, AFPD

CONT AS TRIAL MATTER FROM 6/8/05 A & P; CONT FROM 7/27/05 TRIALS; 14 HRS AAEA, 90 DAYS LIC SUSP, FINE: $150.00, SA: $5.00, CONT FROM 8/10/05 TRIALS FOR POC ; PAID $155.00 (CVB REPORT 9/13/05)

On-PC
— No further Action —
• Ct waives any late fees assessed   Dft complied

---

Dated: 02/08/2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 08 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

APPROVED AND SO ORDERED
_____
Magistrate Judge KEVIN S. C. CHANG

APPROVED
_____
SAUSA LCDR KEITH C. CELEBREZZE