# NAVY TRIAL CALENDAR FOR AUGUST 09, 2006

## UNITED STATES MAGISTRATE BARRY M. KURREN

| Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Tot |
|---|---|---|---|---|---|---|---|
| T- 1) MCPHEETERS, KELLY R. | CR 05-00107 | | N301251 H20 02/01/2005 | PROOF OF COMPLIANCE DUI | $0.00 | | |

CONT FROM 3/23/05 A & P; CONT AS TRIAL
MATTER FROM 4/27/05 A & P; 14 HRS AAEA, 90
DAYS LIC SUSP, 90 DAYS ABSOLUTE FROM
2/1/05; FINE: $150.00, SA: $5.00; CONT FROM
11/23/05 POC - DEFT FAILED TO APPEAR TO
EXPLAIN WHY FINES & 14 HRS AAEA HAVE NOT
BEEN COMPLETED; FPD'S REQUESTED CONTINUANCE
; DEFT PRESENT, CONT FROM 2/8/06 POC; PAID
$155.00 (CVB REPORT 2/10/06)

Atty: ALEXANDER SILVERT, AFPD

*compliance made*
*no further action*

PAID
CVB REPORT   $115.00   2/10/06   PC
• 14 hours AAC completed on 07/07/06 (07/07/06)
• $150 PAID on 02/10/06

APPROVED AND SO ORDERED

_Magistrate Judge BARRY M. KURREN_

Dated: 08/09

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

APPROVED

_SAUSA LCDR KEITH C. CEJBREZZE_